**Order entered February 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00582-CV**

**IN THE INTEREST OF S.W., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15911**

**ORDER**

By order dated January 5, 2021, we abated this appeal and ordered the trial court to conduct a hearing and make findings as to whether: (1) Mother's missing Exhibit Y can be located; (2) if Exhibit Y cannot be located, whether it can be replaced by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original missing exhibit; and (3) if Exhibit Y can be neither located nor replaced, whether it is necessary to the appeal's resolution. *See* TEX. R. APP. P. 34.6(f).

Before the Court is the parties' February 10, 2021 joint motion to reinstate the appeal and proceed without Mother's Exhibit Y. The parties inform the Court

that before the trial court held the hearing, counsel for the parties consulted and determined the missing exhibit is not necessary to the appeal's resolution. Accordingly, we **GRANT** the parties' motion and **REINSTATE** this appeal.

Appellant's brief on the merits is due March 15, 2021.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Carmen Rivera-Worley Visiting Judge who presided over the trial; Dallas County District Clerk Felicia Pitre; Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court; and, all parties.[1]

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1]Ms. Pitre and Ms. Atkins shall disregard the request to file supplemental records related to the hearing ordered in this Court's January 5th order.